# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>KEITH BUCHANAN,<br><br>                      Defendant. | **8:17CR20**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 21) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Keith Buchanan. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 21) is granted.
2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Keith Buchanan.

Dated this 22nd day of May, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge